**Order entered January 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

| | |
|---|---|
| **No. 05-21-00621-CR** | **No. 05-21-00622-CR** |
| **No. 05-21-00623-CR** | **No. 05-21-00624-CR** |
| **No. 05-21-00627-CR** | **No. 05-21-00628-CR** |
| **No. 05-21-00629-CR** | **No. 05-21-00630-CR** |
| **No. 05-21-00634-CR** | **No. 05-21-00635-CR** |
| **No. 05-21-00636-CR** | **No. 05-21-00637-CR** |

**BRANDIE OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K, F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K, F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

**ORDER**

We **REINSTATE** these appeals.

We abated for the appointment of counsel. On December 29, 2021, we were informed that Valencia Bush has been appointed counsel. Court coordinator Sherri

Logan confirmed the appointment by email to this Court received on January 10, 2022.

We **DIRECT** the Clerk to list Ms. Bush as counsel of record. All future correspondence shall be sent to Ms. Bush at the address on file with the Court.

Because the appellate record has been filed, we **ORDER** appellant's brief due on February 28, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; to Christina O'Neil, Senior Staff Attorney Criminal District Courts; to Valencia Bush; and to the Dallas County District Attorney's Office.

/s/    DENNISE GARCIA
        JUSTICE